## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**THADDEUS H. TURNER**

       **Petitioner**,

**v.**                                                        **Civil Action no. 2:06cv111**

**DOMINIC A. GUTIERREZ,**

       **Respondent.**

## ORDER GRANTING MOTION TO SEAL

The respondent having moved the Court, pursuant to the E-Government Act of 2002, to file unredacted documents under seal herein, more specifically, Attachment A to Exhibit 1 of respondent's Response to Show Cause Order, and having lodged the same with the Clerk of this Court in a sealed envelope, pending a ruling thereon by the Court, and it appearing to the Court that good cause and sufficient grounds exist for the respondent's Motion, it is accordingly

**ORDERED** that Attachment A to Exhibit 1 of respondent's Response to Sow Cause Order, currently lodged with the Clerk of the Court, be filed under seal by the Clerk to be retained by the Court as part of the records herein.

The Clerk is directed to provide a copy of this Order to the *pro se* petitioner and counsel of record.

DATED: November 14, 2007.

       **IT IS SO ORDERED.**

                                                        /s/ James E. Seibert
                                                       JAMES E. SEIBERT
                                                     UNITED STATES MAGISTRATE JUDGE